**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

David Gilmour Music
v.
The Partnerships and Unincorporated Associations as Identified on Schedule A

USDC Case Number: 1:18-cv-02763

Judge: Honorable Edmond E. Chang

**Notice of Removal of Material**
**from the Custody of the Clerk's Office**

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, David Gilmour Music.

| | | |
|---|---|---|
| 05/10/2018 | 23 | SURETY BOND on Injunction in the amount of $ $10,000.00 posted by David Gilmour Music Ltd. (Document not scanned). (kp, ) (Entered: 05/10/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: [signature]

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: Oct. 16. 2026